NORTH RIVER INSURANCE COMPANY v. CHARLES J. KUPPER, INC.

July 15, 1983.

July 15, 1983.

ORDERED that the motion for leave to appeal the order of the Appellate Division in AM–715–82, M–3556–82 is granted and the order of the Superior Court, Law Division of April 13, 1983, is vacated and the matter is remanded to the trial court with

directions that the plaintiff's expert witness be allowed to testify at trial and the plaintiff shall be allowed to introduce at trial the report of said expert, and it is further

ORDERED that the motion for consolidation is denied. Jurisdiction is not retained.